FILED '09 DEC 01 17:22 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHETCO RIVER RESORT, LLC,<br>an Oregon limited liability company;<br>WHITE ROCK RESORT, LLC, a<br>California limited liability company;<br>and RV RENTAL SERVICES, INC.,<br>a California corporation,<br><br>          Plaintiffs,<br><br>   v.<br><br>KEN PODESTA-DANIELS, LAURIE<br>PODESTA-DANIELS, and STACEY<br>MILLER,<br><br>          Defendants. | Case No.  CV 09-3064-PA<br><br>**ORDER** |

The Court heard the arguments in connection with Plaintiffs' motion to dismiss the action without prejudice by telephone on November 23, 2009.  Defendants stipulated that the matter could be dismissed without prejudice but with costs and attorneys fees to the defendants.

Plaintiffs filed this action knowing of the existence of the state court litigation involving the same matter in California and now contend they have limited assets to litigate both cases.

The Court grants the plaintiffs' motion to dismiss without prejudice [# 26 ] but with costs

1 - ORDER

and attorneys fees to defendants. Defendant is cautioned not to include any attorney fees expenses connected with this case that might be helpful to defendant in the California case.

DATED this 30 day of November, 2009.

_____
OWEN M. PANNER
U.S. District Judge

1 - ORDER